# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HGG INVESTMENTS, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:26-cv-02160-SHL-cgc |
| MALKIN MANAGEMENT & INVESTMENT COMPANY, INC. AND ARTHUR MALKIN, | ) |
|     Defendants. | ) |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 27th day of February, 2026.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE